IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRSION  DIVISION

UNITED STATES OF AMERICA                                                        PLAINTIFF

v.                          No.  3:09M3006-001

DAVID MIDDLETON                                                                 DEFENDANT

**O R D E R**

At the detention hearing held this date, the court, after hearing testimony and after being well and sufficiently advised, detained the defendant and directed that the defendant be remanded to the custody of the U.S. Marshal's Service.  The Defendant is detained, subject to reconsideration on motion of defendant.

SO ORDERED this 10th  day of November, 2009.

/s/ J. Marschewski
HONORABLE JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE